IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-78-TAV-HBG |
| | ) | |
| GEORGE ROBERT EVERHART, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case was scheduled for a motion and suppression hearing on June 14, 2019, on the pending motions in this case. On June 12, 2019, Defendant Everhart filed a Notice of Settlement and That the Suppression Hearing Should Not Go Forward [Doc. 103]. In this notice, the Defendant notified the Court that he has reached an agreement with the Government, that the parties anticipate filing a plea agreement and supplement, and that the June 14 hearing is no longer needed. Pursuant to this notice, the Court notified the parties that the June 14 motion hearing was cancelled.

Also, on June 12, 2019, the Government filed the Defendant's signed plea agreement [Doc. 104] and supplement [Doc. 105]. The Court finds that the parties have entered into a plea agreement, are no longer proceeding to trial, and no longer seek a ruling on the pending pretrial motions. Accordingly, the following motions of the parties are **DENIED as moot**: The United States' Renewed Motion to Exclude Testimony of Richard Green [**Doc. 90**] and the Defendant's Request for Disclosure of Favorable Evidence and Notice of Intent to Use Evidence

[**Doc. 18**], Motion to Suppress Evidence Obtained from Google and Charter Communications [**Doc. 52**], Amended Motion to Suppress Evidence Obtained from Google and Charter Communications [**Doc. 54**], Motion to Suppress Search of Deleted Files [**Doc. 71**], and Ex Parte Motion for Issuance of Subpoenas [**Doc. 99**].  The denial of these motions is without prejudice to refile, after gaining permission of the Court upon a showing of good cause.

      **IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge